**FILED**

JUL - 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE HUDSON, | No. C 06-2798 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROY CASTRO, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he ever obtains permission from the Ninth Circuit Court of Appeals to file a second or successive petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 5, 2006

Marilyn Hall Patel
United States District Judge